UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LATRECIA BRUMFIELD

VERSUS

CITY OF BAKER, THE CITY OF
BAKER POLICE DEPARTMENT
AND THE CITY OF BAKER
PROSECUTOR'S OFFICE

CIVIL ACTION

NO. 11-507-BAJ-CN

**RULING**

The Court has carefully considered the motions, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 29, 2011 (doc. 8), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

Accordingly, the motion for remand (doc. 4) filed by plaintiff, Latrecia Brumfield, is granted in part, in that this matter shall be remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for further proceedings, and denied in part, in that the plaintiff is not entitled to an award of attorney's fees incurred in connection with her motion to remand.

Baton Rouge, Louisiana, October 31, 2011.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA